E-filing

RECEIVED

1 COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2 Name __RUSSO__ __BARRY__
   (Last)       (First)        (Initial)

4 Prisoner Number __A IO-874 (H-17317)__

5 Institutional Address __SANTA RITA COUNTY JAIL__
   __5325 Broder Blvd. Dublin, CA - 94568__

7 UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

8 __BARRY RUSSO__
   (Enter the full name of plaintiff in this action.)

   vs.

   __Dept of Motor Veh-__
   __ical__

   (Enter the full name of the defendant(s) in this action)

Case No. C 07 3145 CW (PR)
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

[All questions on this complaint form must be answered in order for your action to proceed..]

I. Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement __SANTA RITA COUNTY JAIL__

B. Is there a grievance procedure in this institution?

   YES (X)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

   YES (X)   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

1. Informal appeal __Court Public Defender Appeal For Appelit Court Refused 1/1/71-07__

2. First formal level __Sheriff Greeivence Appeal__

3. Second formal level __Peision 602__

4. Third formal level __Civil Action__

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. __I Did Present__

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

__Barry Russo__
__10131 Patriot Ave.__
__Coopertino, CA. 94501__

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
__State of CA. Board of Dept. of motor Vehical__

COMPLAINT         - 2 -

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

VehicAl Permits And Tags Not given or PlAte Tags For Receipt For Disables vehical modification Permit 1/1/71-07; which HAs lead To Criminal Prosecuetion; Through Physical Assult @/injurys w/intent To Commit murder Resulting in Wrongfull Death!

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Claim To Be in The Amount of STAte Funds of 155. Million with Certificate of Rehabilition And PArdon; TAxes To Be included.

COMPLAINT                   - 3 -

1
2
3
4

5   I declare under penalty of perjury that the foregoing is true and correct.

6

7   Signed this 6/7/07 day of ____June 7____, 2007

8

9   _____x M/s/ Barry H. Russo_____ 6/7/07
10                    (Plaintiff's signature)              6/7/07

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                                    - 4 -