FILED
07 JUN 14 PM 1:45
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BARRY KUSSO

Plaintiff,

vs.

DepT. of moToc VehicAls

Defendant.

CASE NO. C 07 3145 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, BARRY KUSSO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $ 836.00       Net: $ 836.00

Employer: SociAl SecueiTy / NoN - Peof-iT Bus.

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or            Yes ___ No _X_
10           self employment
11      b.   Income from stocks, bonds,         Yes _X_ No ___
12           or royalties?
13      c.   Rent payments?                     Yes ___ No ___
14      d.   Pensions, annuities, or            Yes ___ No ___
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ___ No ___
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____$90.00 w/receipts_____
22  _____

23  3.     Are you married?                     Yes ___ No _X_
24  Spouse's Full Name: _____MARIA N. Coldwell_____
25  Spouse's Place of Employment: _____Unknown_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $___Unknown_____ Net $___Unknown_____
28  4.   a.   List amount you contribute to your spouse's support:$ __2000.00__

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _Manuel R. Russo Sr., Manuel R. Russo Jr._
6  _Rose Russo  #836.00 monthly_
7  5. Do you own or are you buying a home?   Yes _X_ No ___
8  Estimated Market Value: $ _3,000,000,000.00_ Amount of Mortgage: $ _5500.00 monthly_
9  6. Do you own an automobile?   Yes ___ No ___
10 Make _Ford_  Year _1995_  Model _Red Aspire_
11 Is it financed? Yes _X_ No _____ If so, Total due: $ _4000.00_
12 Monthly Payment: $ _200.00_
13 7. Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _Washington Mutual_
15 _____
16 Present balance(s): $ _200.00_
17 Do you own any cash? Yes _X_ No ___ Amount: $ _200.00+_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes _X_ No ___
20 _lost or stolen property_
21 8. What are your monthly expenses?
22 Rent: $ _1000.00_        Utilities: _#350.00_
23 Food: $ _500.00_         Clothing: _#850.00_
24 Charge Accounts:
25 Name of Account         Monthly Payment        Total Owed on This Acct.
26 _VISA_                  $ _2000.00_            $ _0_
27 _Montgomery Wards_      $ _600.00_             $ _0_
28 _____  $ _____   $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Pentioned Fund $1,500.00_

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes _X_  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_C 05 3701 CW (PR)_

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_6/7/07_                          x Mr. _Barry H. Russo_ 6/7/07
DATE                              SIGNATURE OF APPLICANT   6/7/07

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____     _____
                       [Authorized officer of the institution]