

FILED

07 JUL 17 PM 5:08

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BARRY RUSSO Plaintiff,

vs.

Dept. MoTer Vehicl Defendant.

CASE NO. C 07 3145 CW (PR)

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, BARRY RUSSO , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No _____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $ 836.00                Net: $ 836.00

Employer: Under Temporary Non-Profit
Licencing And Reg. W/ Soc. Sec.

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____ NONE NO OTHER OTHER THAN PREVIOUS _____

5   _____

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.      Business, Profession or              Yes ____ No ____

10              self employment

11      b.      Income from stocks, bonds,           Yes ____ No ____

12              or royalties?

13      c.      Rent payments?                       Yes ____ No ____

14      d.      Pensions, annuities, or              Yes ✓ No ____

15              life insurance payments?

16      e.      Federal or State welfare payments,   Yes ____ No ____

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ Soc. Sec. _____

22  _____

23  3.      Are you married?                         Yes ____ No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

b.    List the persons other than your spouse who are dependent upon you for

support and indicate how much you contribute toward their support. (NOTE:

For minor children, list only their initials and ages. DO NOT INCLUDE

THEIR NAMES.).

_____None_____

_____

5.    Do you own or are you buying a home?        Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?                Yes ____ No ✓

Make _Ford_____ Year _1995_____ Model _Aspiee_____

Is it financed? Yes ✓ No _____ If so, Total due: $ _____

Monthly Payment: $ _168.00_____

7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _WAShington MuTuAl_____

_Fremont, CA. 94538 (Pasar padre parkway (Pky)_

Present balance(s): $ _200.00_____

Do you own any cash? Yes · No ✓ Amount: $ _200.00 +_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated

market value.)  Yes ____ No ✓

_____

8.    What are your monthly expenses?

Rent: $ _open_____        Utilities: _open_____

Food: $ _open_____        Clothing: _open_____

Charge Accounts:

| Name of Account | Monthly Payment | | Total Owed on This Acct. |
|---|---|---|---|
| ✗ | $ ✗ | | $ ✗ |
| ✗ | $ ✗ | | $ ✗ |
| ✗ | $ ✗ | | $ ✗ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do not include account numbers.)

3  _____ yes _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ✓ No ____

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____ C 05 3701 CW(PR) _____

10 _____ CC 322697 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13     I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16  __6/20/07__            ___Danny Russo 6/20/07___

17    DATE                  SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                    **Case Number:** _____

3

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                   **IN**

10                         **PRISONER'S ACCOUNT**

11

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of _Russo Barry_ for the last six months

14  _Santa Rita Jail_ where (s)he is confined.
               [name of institution]

16  most recent 6-month period were $ _20.00_ and the average balance in the prisoner's

17  account each month for the most recent 6-month period was $ _5.85_

18

19  Dated: _7/8/07_

20                               [Authorized officer of the institution]

21

22

23

24

25

26

27

28

Exibite                                    6/22/07

On 1/1/71 I Approached Department of Education About Disables DMV Services in hopes it would be Legal To modifie Street Vehical for disables into a Hot rod Taxi Cab Service, @ for Disables To be Allowed To be in Business and w/ Disables insurance Life, Property, personal injury and Vehical Damage coverage!

On or abouts 1/1/71 I was informed To go To The Refurbilitation Center for Rules and Laws pertaining To Disabled Motorists.

I Then did and Brought The paper-work To DMV and Alstate insurance Peralta Fremont, Ca.

Apon Derlivery, I asked is There free modification Services That is adwailable for The Deaf Dumm and, Blind!

I needed The information as re-quested by miss Goodwin for me To be Aligable for The High School Drivers Edlucation program provided at every School of Higher Education @ Re-Habilitation Services as mentioned in Earlier Statement.

Miss Godwin Reseptionist of Principle
of Washington township High School
Did in fact State I'm not Qualified
for School Bus To and from my
Home prior To September 1/1/71 regist-
stration of High School Enrollment and
Did also State I would be supply
School I.D. apon registration to
that School.

I notified DMV and alstate insur-
ance Company Inc. Who insured my
parents funding or not to soon after
and alstate Stated To me there'll
furnish all Vehical Modifications
needed for Disabled Licensing from
DMV.

DMV Did State That I can Still
without required I.D. Ca. or School
apply for Tempory Vehical Permitt
ad disables Serbices By DMV; prior
To Freshemen 9th Grade High School
enrollment. And apon this agree-
ment I based my claim to DMV
of Modification To Street Vehical
for The Disabled Motorist and
Road Side Serivces and Employment
Requirements To be a minor with in
insurance Policies for This Purpose!

I upon my Drivers DMV Education
program for The Disabled of Washington
High Schools Student I.D. for
DMV I.D. To Aquire and apply
for Ca. I.D. and Drivers Alcence.
I upon not receiving my I.D.
from School (Washington H.S.) and
Also Ohlone College Fremont, Ca.
and DMV Permitts to move or Drive
During the day vehical Pink Permitt
Police Notified prior To all events
of This report of Case Statement.
I Than was crossing street and
Turned back and I was illegally
Shearched and Seized by Fremont
P.D. and for The frist time in
my life I was stop by police and
police officer knew This and instead
of warning Jicket arrested me and
later given a J-walking Jcket such
as hassened 1/1/07-6/30/07 in Juvenial
Division of Fremont Police Dept.
I was later Released on all These
events and I was confronted by
my Santa Rita Sheriffs County Jail
Then Said and I Due To This have
Been Placed in Peril of Physical Assults
with multipul injuies from 1/1/07-07.

I had encounter a Black man Durring This Time 1/1/71 at Second Chance Shelter and Marco Heyward is This man, of Boss South County Homeless project and Denied Upon my Admissions 12/5/07 - 12/8/07 of his care and Custody of being The Same person.

I incountered w/ Marco Heyward a Man Named Cryle Client of Second Chance. And These two persons Assulted me Stating I'm a runnaway minor at a Shelter and bey Law am not legally Allowed to be on property of Shelter w/ out Parent or Guardian.

And They Since That Day Have been 506 Penal Code section 142.11B Penal Code.

I've Serveral Times Tryed to retreat under penal Code 507 Under Section and Admendment fifteen Section ① Under Emansipation and Emancipation of Minor Indepence as Adult. Due To family Harrisment and Assults on me That my parents only know my Possesion They were Confronted with And never Shown The Truth.

And Police Harrassment Has been Threat and Student Threats by School and Alstate insurance.

Couach fox and Priceble Threatened me That my records are being Removed to Animinate my Quelifications I.D. for DMV Driver Education and insurance Services for The Disabled.

Department of Education Rehibitation Services Dept. Did in fact rehuse me information and appliciation for seluices after regretesting Washington High School be notified of Regard to Rehibililation Requirements to Quilifie for DMV - Servuices Driver Education Due To Miss Goodwins Statement.

I went to get a Job after I was not given Drivies permd by DMV and Fremont Security Office Clerks; one who stated by phone The evening I notified Security of being Shot At at Safeway whatch Jocation where There Jooked Like Angle and others and Vehical Jooked Liked Boxes of Receipts as School Records, I have

over the years discovered receipts matching found receipts at Safeway location following Due after I reported to Freemont Security Office by Phone and Soon after in person which there was no Office open for my safe return till now 1/1/71-07

My Vehicals are Security property and Evidence to the Crime of the receipts of Safeway Store location, Safeway was being I had to go enroll in BA-1 Bus math Class to figure out how reciepts matched Shooting and Threats by Police and Community Harassment. And now wrongfull Deaths in family Due to this man Angle I reconized as an Drug Pusher at Washington H.S. and Had Attempted to Sexually Threaten to Assult Students and me if I reviel his involvement with Shelter and this man confronted me in Front of Second-Chance Shelter after abadencting me off street and injecting Crank into my arm.

- I reported To Police But They refuse To Take police Report.
- I Then as stated came accross of Consession Accounting receipts matching The receipts Read off of The Saleway Stores receipts of Custormer and Jail House Livermore Dublin Ca. I wondered how These Linked To Serious Series of finincial Receipt Fosses To my inmate account Apon Arrest of J-walking Ticket and I Stated To Freemont Public Defenders office still 1/17-07 and The Gudge of Tickets and recepts having been To Co-incidle with receciptable finicial Serial Code Police, FBI, and Social Security Cards Identification numbers and Events Arrising prior To These finiding and Link To permitts not given by DMV or Just recently 3/13/03-07.
- Now here I dentical Finiscial fosse Accounting restore Changes errors never recouerd and Links To Social Security Taxes payment and prision Attorney Services San Quentin Ca. And Fossed and Stolen Vehicals 3/13/03-07.

Tickets given to Fremont Police
on recovery for vehicals and
Police Officer farmer stole I.D.
and Tickets ECT. & personal property
and I have been refused my
property from Fremont Property since
1/1/71-09 and Cash from Commassary
Returned funds and I check receipt
and This Slow Post Office is fale
to Safeway receipts and DMV Lidey-
ence of not providing receipt of
permits and Permitts, So I placed
stamps as Decoy scince 1/1/71-07
at post Office Upon Change of
Address with Shelter Second Chance
and This Angle is the man who
was and is Besides marco Leyerer
the onts two faces and Edilades
to these faces that has Threating
and Talked me and DMV incided
through police officer and J-walking
Ticket and permits not Provided
with Handicapped Bumper and State
Vehical Required Disabled signs posted
on any and All Disabled Vehicels.
And DMV refuses to give me my
DMV Records and print out. and
I see receipts are linked to Inmate Accoun

• DMV on 1/16/07 Tuesday or Thursday maybe; I notified of records and receipts needed to show Court Harrassment on my family by Miss Goodwin and School District DMV Refused Services or comment.

• I've been force to be Arosed by persons involved with Shelter and Social Services (Clients) to prevent Police Officer Errors) signed,

α Barry H. Russo 6/22/07