6/25/07

Dear Clerk,

I'm writing you to let you know Santa Rita Sheriff's Office has refused to comply and submit inmate Acct. Balances for the last 6 months reasons unknown possible connection in this case!

Signed,
Mr. Barry H. Russo 6/25/07

C07-3145 CW