

U.S. District Court
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, Ca. 94102-9680