IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY RUSSO,

       Plaintiff,

  v.

DEPT. OF MOTOR VEHICLES,

       Defendants.

_____/

No. C 07-03145 CW (PR)

ORDER REGARDING IN FORMA
PAUPERIS MOTION

Plaintiff, a state prisoner, filed this <u>pro se</u> civil rights action under 42 U.S.C. § 1983.  On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed <u>in forma pauperis</u> (IFP) application. Plaintiff filed a completed IFP application; however, he did not file copies of his Certificate of Funds and prisoner trust account statement.

Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he submits an affidavit that he is unable to pay such fees or give security therefor.  <u>See</u> 28 U.S.C. § 1915(a).  If the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined.  <u>See</u> <u>id.</u> § 1915(a)(1), (2).  If the court determines that the plaintiff is unable to pay the full filing fee

1  at the time of filing, the plaintiff will be granted leave to

2  proceed IFP.  This means that the filing fee must be paid by way of

3  an installment plan, according to which the court first will assess

4  and collect a partial filing fee from the prisoner, and then the

5  prisoner will be required to make monthly payments of twenty

6  percent of the preceding month's income credited to his account

7  until the full $350.00 filing fee is paid.  Id. § 1915(b)(1).  The

8  agency having custody of the prisoner is responsible for forwarding

9  to the court payments from his account each time the amount in the

10  account exceeds ten dollars.  See id.

11       Therefore, before the Court will proceed to review the

12  complaint Plaintiff is hereby ORDERED to file copies of his

13  Certificate of Funds and prisoner trust account statement.

14  Plaintiff shall do so within thirty (30) days of the date of this

15  Order.

16       Failure to file copies of his Certificate of Funds and

17  prisoner trust account statement as ordered herein by the thirty-

18  day deadline shall result in the dismissal of this action without

19  prejudice.

20       IT IS SO ORDERED.

21
Dated:  9/17/07

22                                    CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

BARRY RUSS0,

4                                         Case Number: CV07-03145 CW
        Plaintiff,
5                                         **CERTIFICATE OF SERVICE**

    v.
6

DEPT. OF MOTOR VEHICLES et al,
7

        Defendant.
8 _____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on September 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
in the Clerk's office.

13

14

15 Barry H. Russo AIO-874 (H-17317)
Santa Rita County Jail
16 5325 Broder Blvd.
Dublin,  CA 94568
17

Dated: September 17, 2007
18
                                        Richard W. Wieking, Clerk
19                                      By: Sheilah Cahill, Deputy Clerk

20

21

22

23

24

25

26

27

28

P:\PRO-SE\CW\CR.07\Russo3145.FileIFP.wpd          3