Barry H. Russo
AIO-874 (H-17317)
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568

CV07-03145 CW

