IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY RUSSO,

     Plaintiff,

  v.

DEPT. OF MOTOR VEHICLES,

     Defendant.
                                 /

No. C 07-03145 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.  On September 28, 2007, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable.  To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  See L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  See L.R. 3-11(b).

    More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address.  Accordingly, the complaint is DISMISSED without prejudice pursuant

1  to Rule 3-11 of the Northern District Local Rules.  Plaintiff's <u>in
2  forma pauperis</u> application (docket nos. 2, 4) is denied as
3  incomplete.  The Clerk of the Court shall enter judgment in
4  accordance with this Order, terminate all pending motions, and
5  close the file.
6        IT IS SO ORDERED.
7  Dated:  12/14/07
                                     _____
8                                    CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BARRY RUSS0,                                                                Case Number: CV07-03145 CW

        Plaintiff,                                                              **CERTIFICATE OF SERVICE**

v.

DEPT. OF MOTOR VEHICLES et al,

        Defendant.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barry H. Russo AIO-874 (H-17317)
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568

Dated: December 14, 2007

                                     Richard W. Wieking, Clerk
                                     By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.07\Russo3145.3-11dismissal.wpd     3