IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY RUSSO,

    Plaintiff,

  v.

DEPT. OF MOTOR VEHICLES,

    Defendant.
                                    /

No. C 07-03145 CW (PR)

JUDGMENT

    The Court has dismissed the present civil rights complaint without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 12/14/07

                              CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY RUSS0,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEPT. OF MOTOR VEHICLES et al,<br><br>　　　　Defendant.　　　　　　　　　／ | Case Number: CV07-03145 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barry H. Russo AIO-874 (H-17317)
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568

Dated: December 14, 2007

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Sheilah Cahill, Deputy Clerk