Barry H. Russo  AIO-874 (H-17317)
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568

CV07-03145 CW

$ 00.580
PITNEY BOWES
02 1A
0004333787    DEC 17 2007
MAILED FROM ZIPCODE 94612

FILED

DEC 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

00  12/26/07

RETURN TO SENDER
NOT ADDRESSED
UNABLE TO FORWARD

*2605-01590-17-40

NIXIE    945    DE 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  94512521299

NOT IN CUSTODY
RETURN TO SENDER

RETURNED TO SENDER

94568*3309 C066
945120542l2

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300